UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HOTEL PROVIDENCE, LLC | : | |
| | : | |
| vs. | : | C.A. No. 05-254T |
| | : | |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to Local Rule 36, attached hereto is the certified copy of the entire state court record relative to the removed action known as The Hotel Providence, LLC v. National Grange Mutual Insurance Company, C.A. No. P.C. 05-2286. The record is comprised of:

1. Docket Event Listing
2. Complaint
3. Ex Parte Motion for Stay of Proceedings
4. Order granting the Ex Parte Motion for Stay of Proceedings
5. Entry of Appearance for the defendant
6. Ex Parte Motion for Expedited Hearing
7. Motion to Vacate Stay
8. Order granting, in part, Motion to Vacate Stay
9. Defendant's Answer
10. Notice of Filing of Notice of Removal

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Peter L. Kennedy, Esq., and Todd D. White, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 15th day of June, 2005.

Georgia M. Caliri