STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-2286 HOTEL PROVIDENCE V NATL GRANGE MUTUAL INS CO

Filing Date: 05-05-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 06-13-2005

Plaintiff: HOTEL PROVIDENCE
ID: @10256988

Attorney: PETER KENNEDY
ID: ATTY00444

Defendant: NATIONAL GRANGEMUT INS CO
ID: @10261114

Attorney: UNKNOWN ATTORNEY
ID: ATTY09999

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-05-2005 | COMPLAINT FILED | |
| 05-09-2005 | COMPLAINT FILED | |
| 05-13-2005 | MOTION TO STAY | **************************NO HEARING DATE********************* |
| 05-17-2005 | MOTION TO STAY | ********************NOT TIMELY NOT CERTIFIED****************** |
| 05-25-2005 | MOTION TO STAY | **********************************OTE****************************** |
| 05-25-2005 | BY AGREEMENT | |
| 06-09-2005 | ORDER, MOT TO VACATE DISMISS | THE STAY PROCEEDINGS ENTERED ON 05-25-05 IS VACATED IN PART TO ALLOW DF T TO FILE ITS ANSWER & REMOVAL.THE BALANCE IS PASSED***SEE ORDER*** JUSTICE: DANIEL PROCACCINI |
| 06-09-2005 | GRANTED IN PART | |
| 06-13-2005 | ANSWER FILED | Affiliated: NATIONAL GRANGEMUT INS CO |
| 06-13-2005 | NOTICE OF REMOVAL | Affiliated: NATIONAL GRANGEMUT INS CO |
| 06-13-2005 | CASE REMVD TO US DISTRICT CT | |
| 06-13-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island