UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HOTEL PROVIDENCE, LLC | : | |
| vs. | : | C.A. No. 05-254T |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |

DISMISSAL STIPULATION

This matter is hereby dismissed with prejudice, no interest, no costs.

THE HOTEL PROVIDENCE, LLC.
By its Attorneys,
ADLER POLLOCK & SHEEHAN

PETER L. KENNEDY #
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 (fx) 10/28/2005

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL ~~KELLY~~ & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

Dated: 11/7/05

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 11/15/05